GEORGE F. BURCHELL, Appellant, v. RICHARD W. BURCHELL and Others, Defendants. RICHARD W. BURCHELL and AUSTIN B. BURCHELL, as Executors, etc., Appellants; EDGAR L. MORRISON, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

COOPER COMPANY, Respondent, v. BERNARD NAUMBURG and Another, Appellants.— Motions denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

OSCAR FRIED, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

OSCAR FRIED, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion to vacate stay granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

In the Matter of the Petition of WILLIAM POWERS to Prove the Last Will and Testament of MARY POWERS, Deceased.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

HERMAN A. KLATT, Respondent, v. EMILIE KLATT, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

HELEN I. MAY, as Administratrix, etc., Respondent, v. ORANGE AND ROCKLAND ELECTRIC COMPANY, Appellant.— Motions denied. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

BERTHA MEISSNER, as Administratrix, etc., Respondent, v. ATLANTIC HYGIENIC ICE COMPANY, Appellant.— Motion granted, and proposed order, marked " B," signed. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

STANISLAUS NOWAKOWSKI, an Infant, etc., Respondent, v. NEW YORK AND NORTH SHORE TRACTION COMPANY, Appellant.— Motion denied, on condition that the case be argued at the June term. The case is set down for argument on Thursday, June 21, 1917, appellant to file brief on or before June fifteenth, respondent to file brief on or before June nineteenth. In default thereof the motion is granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS F. CHLEMENS, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COMMISSIONER OF PUBLIC CHARITIES, etc., on Complaint of ALICE C. CLARK, Respondent, v. WILLIAM P. CLARK, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

SARA F. ROBERTSON, as Administratrix, etc., Respondent, v. CHARLES B. TOWNS HOSPITAL and CHARLES B. TOWNS, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.